# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2861

_____

Juan Esparza-Ramirez,      *
        *
     Appellant,      *
        *    Appeal from the United States
   v.         *    District Court for the
        *    District of Minnesota.
Lisa J.W. Hollingsworth, Warden, FCI   *
Sandstone, MN,         *    [UNPUBLISHED]
        *
     Appellee.      *

_____

Submitted: March 5, 2009
Filed: March 6, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Juan Esparza-Ramirez appeals from the district court's[1] denial of his 28 U.S.C. § 2241 petition. Upon careful de novo review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003), we conclude that the district court's decision was proper. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.